(136 So. 833)

### Jim MILAM v. STATE.
### 7 Div. 70.

Supreme Court of Alabama.
Oct. 8, 1931.

Frank B. Embry, of Pell City, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Jim Milam for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Milam v. State, 136 So. 831.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.